# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

134042

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                              SC: 134042
                              COA: 276892
                              Kent CC: 05-008645-FC

LAYVELL GUY,
           Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 24, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007                         _____
                                             Clerk

l0723